United States District Court
Southern District of Texas

**ENTERED**

November 13, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CINTHYA MAGALI MURILLO RODRIGUEZ, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-26-8734 |
| MARTIN FRINK, et al., | § | |
| Respondents. | § | |

# FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Respondents' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 13th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE